**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **SOCKEYE LICENSING TX LLC**, | |
| Plaintiff, | |
| v. | C.A. No. 18-1749-MN |
| **TOSHIBA AMERICA, INC.,** | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sockeye

Licensing TX LLC ("Sockeye") voluntarily dismisses all claims by Sockeye against Toshiba

America, Inc. made therein with prejudice to re-filing the same.

All costs and expenses relating to this litigation (including attorney and expert fees and

expenses) shall be borne solely by the party incurring the same.

Dated: April 30, 2019

OF COUNSEL:

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

BAYARD, P.A.

 /s/ *Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Sockeye
Licensing TX LLC*